KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: david.mcnees@usdoj.gov

FILED
2008 JUN 23 AM 11:28
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FIVE PIECES OF MISCELLANEOUS JEWELRY, Defendants. | Civil No. '08 CV 1102 J POR<br>EX PARTE MOTION TO APPOINT THE U.S. MARSHAL AS CUSTODIAN |

COMES NOW the plaintiff, United States of America, and moves this Court for an exception to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendant jewelry upon execution of the warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1. The United States Marshals Service has been staffed with personnel experienced in providing for the management of properties such as the defendant jewelry in this case.

2. The United States Marshal has consented to assume responsibility for the protection and safety of the defendant jewelry during the period the same remain in custodia legis.

3. The continued custody of the United States Marshal following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case.

4. It is further requested that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant jewelry.

//

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be permitted in this case and that this motion be granted.

DATED: June 23, 2008

KAREN P. HEWITT
United States Attorney

David McNees

DAVID M. McNEES
Special Assistant U.S. Attorney