UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FIVE PIECES OF MISCELLANEOUS JEWELRY,<br>Defendant. | ) | Civil No. 08cv1102 L(POR)<br><br>**ORDER GRANTING *EX PARTE* MOTION TO APPOINT THE U.S. MARSHAL AS CUSTODIAN [doc. #2]** |

Good cause appearing, plaintiff's *ex parte* motion to appoint the United States Marshal as custodian of the defendant jewelry upon execution of the warrant of arrest *in rem* is **GRANTED.** All reasonable expenditures incurred by the United States Marshal shall be a first charge against the defendant jewelry.

**IT IS SO ORDERED.**

DATED: June 25, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL