FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY mam DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FIVE PIECES OF MISCELLANEOUS JEWELRY,<br>Defendants. | ) | Civil No. '08 CV 1102 L POR<br><br>ORDER APPOINTING U.S. MARSHAL AS CUSTODIAN |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant jewelry during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant jewelry, the United States Marshal for the Southern District of California shall be custodian of the defendant jewelry on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant jewelry.

DATED: 6/30/08

UNITED STATES DISTRICT JUDGE

RECEIVED