FILED
AUG 01 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

United States of America, )
)
Plaintiff, )
)
v. ) 08-CV-1102 J POR
)
Five Pieces of )
Miscellaneous Jewelry )
)
Defendants. )

**ROBERT GUZMAN'S VERIED CLAIM**
**OF OWNERSHIP OF THE**
**ABOVE CAPTIONED PROPEERTY**

COMES NOW, Robert Guzman, pro se, a federal pretrial detainee, inmate ID 44063112, confined at Corrections Corporation of America, 100 Highway Terrace, Leavenworth, Kansas 66048 and files his verified claim to the above captioned property.

1. Respondent Guzman states that he is the lawful owner or, alternatively, the party with superior interest in the five pieces of jewelry seized from Elizabeth Jones and described in the Complaint for Forfeiture in the above styled case.

2. Respondent Guzman states that he gave the jewelry to Ms. Jones as part of an amorous relationship and at the end of that relationship she should have returned to jewelry to Respondent instead of turning it over to the United States

Government. Respondent submits that he is the lawful owner in fact, regardless of whether Ms. Jones attempted to surrender the jewelry to the government..

Respectfully submitted,

ROBERT GUZMAN
Pro Se Respondent
Inmate ID 44063112,
Corrections Corporation of America
100 Highway Terrace
Leavenworth, Kansas 66048

CERTIFICATE OF SERVICE

I, Robert Guzman, certify that a copy of this pleading was mailed to the below named party on 7-30-08 by placing a copy of same in an authorized depository for mail for delivery by the United States Postal Service:

United States Attorney Office
ATTN: David M. McNess, Special Assistant US Attorney
Federal Office Building
880 From Street, room 6293
San Diego, California 92101

ROBERT GUZMAN, Pro Se Respondent

**VERIFICATION**

I, Robert Guzman state that I am an incarcerated pro se litigant and that I swear and affirm in accordance with 28 U.S.C., Section 1746, subject to and under the penalty of perjury, that the foregoing is true and correct and constitutes my sworn verified claim for the property listed in the complaint.

ROBERT GUZMAN

7-30-08
DATE

FILED
AUG 01 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08-CV-1102 J POR |
| | ) | |
| Five Pieces of Miscellaneous Jewelry | ) | |
| | ) | |
| Defendants. | ) | |

**ROBERT GUZMAN'S ANSWER TO COMPLAINT FOR FORFEITURE**

COMES NOW, Robert Guzman, pro se, a federal pretrial detainee, inmate ID 44063112, confined at Corrections Corporation of America, 100 Highway Terrace, Leavenworth, Kansas 66048 and files his verified answer to the Government's complaint for forfeiture of the above caption property on grounds that he is the lawful owner of said property as more fully set forth in his verified claim.

1. Respondent admits paragraphs one AND two 5 of the complaint.
2. Respondent denies all of paragraph 6 of the complaint except so much of the paragraph that alleges that Jimmy Aaron was in possession of $57,000 which respondent claims was his lawful property not subject to forfeiture under the laws of the United States.

ROBERT GUZMAN, Pro Se Respondent

**VERIFICATION**

I, Robert Guzman state that I am an incarcerated pro se litigant and that I swear and affirm in accordance with 28 U.S.C., Section 1746, subject to and under the penalty of perjury, that the foregoing is true and correct and constitutes my sworn answer to the complaint.

ROBERT GUZMAN

7.30.08
DATE