**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 AUG 11 PM 3:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

NUNC PRO TUNC
JUL 28 2008

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| v. | ) | 08-CV-1102 L POR |
| Five Pieces of Miscellaneous Jewelry | ) | |
| Defendants. | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME OF 30 DAYS WITHIN WHICH TO FILE BOTH AN ANSWER AND VERIFIED CLAIM IN RESPONSE TO PLAINTIFF'S COMPLAINT FOR FORFEITURE WITH SUGGESTIONS IN SUPPORT**

COMES NOW, Robert Guzman, a federal pretrial detainee, inmate ID 44063112, confined at Corrections Corporation of America, 100 Highway Terrace, Leavenworth, Kansas 66048 and moves the Court for an enlargement of 30 days within which to file an answer and verified claim in response to the above forfeiture action filed by the United States. As grounds therefore, Respondent states:

1. Respondent is a confined sentence federal prisoner. Respondent was served with notice of this action because he previously filed a verified claim with the Drug Enforcement Administration objecting to seizure of the defendant property for which he claimed ownership.

2. Respondent is acting pro se and needs additional time to prepare his answer and do research. Respondent notes that the Plaintiff took several

months to file this action after respondent first objected to the seizure. This is respondent's first request for an enlargement and submits that the granting of the request will not in any manner prejudice the United State.

WHEREFORE, respondent Robert Guzman moves the court for an enlargement of 30 days within which to file his answer and verified petition in response to the Plaintiff's forfeiture petition.

Respectfully submitted,

ROBERT GUZMAN
Pro Se Respondent
Inmate ID 44063112,
Corrections Corporation of America
100 Highway Terrace
Leavenworth, Kansas 66048

CERTIFICATE OF SERVICE

I, Robert Guzman, certify that a copy of this pleading was mailed to the below named party on Friday, July 25, 2008 by placing a copy of same in an authorized depository for mail for delivery by the United States Postal Service:

United States Attorney Office
ATTN: David M. McNess, Special Assistant US Attorney
Federal Office Building
880 From Street, room 6293
San Diego, California 92101

ROBERT GUZMAN, Pro Se Respondent