IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 11 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

NUNC PRO TUNC
AUG 07 2008

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| v. | ) | 08-CV-1102 L POR |
| Five Pieces of Miscellaneous Jewelry | ) | |
| Defendants. | ) | |

**MOTION FOR CHANGE OF VENUE AND CONSOLIDATION OF FORFEITURE CASES WITH COMMON FACTUAL ISSUES WITH SUGGESTIONS IN SUPPORT**

---

COME NOW Robert Guzman, Pro Se party in interest, and moves the Court to enter an order transferring this case to the Central District of California to allow for consolidation with a case pending in that district, *United States v. $57,000 in US Currency, et al*, SACV07-1226 AG (MLGx).

In support of said motion, undersigned, Robert Guzman (herein after Guzman) states:

1. The case in this district and that filed earlier in the Central District of California both arose from the seizure of property belonging to Guzman or property that he purchased for another or placed in the care and custody of another and claims a superior property interest in, which property is alleged by the United States to be proceeds of unlawful drug transactions in violation of Title 21, United States Code.

2. Guzman has filed an answer in both cases and denies those allegations that would justify seizure.

3. Guzman is an incarcerated sentenced prisoner under the control and supervision of the United States Bureau of Prisons and its agent, the United States Marshals Service.

4. Guzman hereby waives any claim of improper venue under the Federal Rules of Criminal Procedure and the Title 28, United States Code, and consents to and requests a change of venue and transfer of this case to the Central District of California.

5. Transfer of this matter would appear to be in the best interests of the United States Government and the seizing agency, the Drug Enforcement Administration inasmuch as both cases involve common witnesses, and events that are alleged to have occurred at common locations during the same period of time.

6. Transfer will result in judicial economy and should result in a savings of Court and Department of Justice resources and at the same time benefit Guzman in that he will not be attempting to pro se litigate two separate cases in two separate jurisdictions that involve a common factual predicate.

WHEREFORE, Guzman hereby requests that the Court grant the request for change of venue and transfer this matter to the Central District of California for

consolidation with the case referenced above and grant such other relief as deemed appropriate.

Respectfully submitted,

______________________________

ROBERT GUZMAN
Pro Se Respondent
Inmate ID 44063112,
Corrections Corporation of America
100 Highway Terrace
Leavenworth, Kansas 66048

CERTIFICATE OF SERVICE

I, Robert Guzman, certify that a copy of this pleading was mailed to the below named party on Friday, ~~July 25, 2008~~ Mon 8.4.08 by placing a copy of same in an authorized depository for mail for delivery by the United States Postal Service:

United States Attorney Office
ATTN: David M. McNess, Special Assistant US Attorney
Federal Office Building
880 From Street, room 6293
San Diego, California 92101

______________________________
ROBERT GUZMAN, Pro Se Respondent