UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FIVE PIECES OF MISCELLANEOUS JEWELRY, Defendant. | Civil No. 08cv1102 L(POR) **ORDER SETTING BRIEFING SCHEDULE** |

Claimant Robert Guzman moves change venue and to consolidate cases. [doc. #11.] Any response to the claimant's motion shall be filed and served no later than August 26, 2008. If claimant would like to file a reply memorandum, he shall do so no later than September 9, 2008. The motion shall be deemed submitted without oral argument on September 10, 2008.

**IT IS SO ORDERED.**

DATED: August 14, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL