UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIVE PIECES OF MISCELLANEOUS JEWELRY,<br><br>Defendant. | ) | Civil No. 08cv1102 L(POR)<br><br>**ORDER GRANTING CLAIMANT'S MOTION TO CHANGE VENUE [doc. #11]** |

Claimant Robert Guzman moves change venue to the United States District Court for the Central District of California to allow for consolidation with a pending case in that district, *United States of America v. $57.000 in U.S. Currency*, SACV 07-1226 AG (MLGx). [doc. #11.] The United States has filed a non-opposition to claimant's motion. Good cause appearing, claimant's motion to change venue is **GRANTED**. The Clerk of the Court shall transfer this action to the Central District of California.

**IT IS SO ORDERED.**

DATED: August 20, 2008

M. James Lorenz
United States District Court Judge

/ / /

/ / /

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

August 21, 2008

Office of the Clerk
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: United States of America v. Five Pieces of Miscellaneous Jewelry,
Case No. 08-cv-01102-L (POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire file.

Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: S/ A. Wooden, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: