KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIVE PIECES OF MISCELLANEOUS JEWELRY,<br><br>Defendants. | Civil No. 08cv1102-L(POR)<br><br>GOVERNMENT'S RESPONSE TO MOTION FOR CHANGE OF VENUE AND CONSOLIDATION OF FORFEITURE CASES WITH COMMON FACTUAL ISSUES WITH SUGGESTIONS IN SUPPORT |

COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant U.S. Attorney, files its response to claimant's Motion for Change of Venue and Consolidation of Forfeiture Cases with Common Factual Issues with Suggestions in Support.

Plaintiff does not oppose Robert Guzman's ("Claimant's") motion for change of venue and consolidation of forfeiture cases. A civil complaint was filed on October 17, 2007, in the United States District Court - Central Division, as U.S. v. $57,000.00 in U.S. Currency, et al., Case No. 07cv1226. That case involves $57,000.00 in U.S. Currency as well as two vehicles. Claimant has filed a claim and answer in that case, and the case has proceeded to the discovery phase. Assistant U.S. Attorney Frank Kortum, counsel for the United States in Central District, and DEA Special Agent Andy Jauch, case agent for the instant case, have been consulted, and both have agreed to the consolidation of the current case with the case in the Central District Court for purposes of judicial efficiency. Both cases arise out of the same investigation and subsequent conviction of Claimant for the sales of narcotics.

The defendant assets in the instant case were located in the Central District prior to being transported to San Diego, California; therefore, venue and jurisdiction are proper in that district, and Claimant has waived venue objections in his motion.

WHEREFORE, the United States hereby agrees that the Court grant the Claimant's request for change of venue and transfer this matter to the Central District of California for consolidation with the case referenced above, and grant such other relief as deemed appropriate.

DATED: August 21, 2008

KAREN P. HEWITT
United States Attorney

s/David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: David.McNees@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIVE PIECES OF MISCELLANEOUS JEWELRY,<br><br>Defendant. | Case No. 08cv1102-L(POR)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the Response to Motion for Change of Venue and Consolidation of Forfeiture Cases with Common Factual Issues with Suggestions in Support, by the United States Postal Service, to the following non-ECF participants in this case:

1. AUSA Frank Kortum
U.S. Attorney's Office
312 N Spring St #1400
Los Angeles, CA 90012

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008.

s/David M. McNees
DAVID M. McNEES