cacd_ecfmail@cacd.uscourts.gov
08/26/2008 09:43 AM

To InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject Transferred case has been opened

CASE: 3:08-cv-01102

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
as case 8:08-cv-00957, filed 08/26/2008.