**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

JDIS ✓

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | **08cv1102-J(POR)** |
| DEFENDANT **FIVE PIECES OF MISCELLANEOUS JEWELRY** | TYPE OF PROCESS ARREST AND PUBLICATION |

FILED
2008 SEP -5 AM 8:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code)*
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All* Telephone Numbers, and Estimated Times Available For Service)

**DEA Case No. RV-08-0012; CATS ID 08-DEA-496177**

Attached are copies of the Complaint for Forfeiture, an ad order and Notice of Forfeiture Action. Please seize the defendant jewelry and advise of date of seizure, dates notice is published, and furnish a copy of the warrant for arrest. Note that the U.S. Marshal has been appointed as custodian.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David M. McNees/TLR DAVID M. McNEES [SAUSA] | ☒ PLAINTIFF ☐ DEFENDANT | (619) 557-5125 | 6/23/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. 98 | No. 98 | C. [signature] | 6/24/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below).*

Name and title of individual served (*If not shown above).*
MICHAEL TOURNEY RECEPTION

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above)*

| Date of Service | Time | |
|---|---|---|
| 7.9.2008 | 100 | am (pm) |

Signature of U.S. Marshal or Deputy
[signature] Jose Olivarez

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45- | $11.62 | | $56.62 | | | |

REMARKS:
Published in San Diego Commerce 7/29, 8/5 & 8/12/08; cost $88.74.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FIVE PIECES OF MISCELLANEOUS JEWELRY,<br>Defendants. | ) | Civil No. '08 CV 1102 L POR<br>WARRANT FOR ARREST IN ACTION IN REM |

TO: UNITED STATES MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 JUL -1 A 11:11 US MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendants,

FIVE PIECES OF MISCELLANEOUS JEWELRY,

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States and sold pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED:

W. SAMUEL HAMRICK, JR., Clerk

(SEAL)

By [signature]
J. PETERSEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FIVE PIECES OF MISCELLANEOUS JEWELRY, Defendants. | Civil No. '08 CV 1102 J POR<br>NOTICE OF FORFEITURE ACTION |

On June 23, 2008, the United States Attorney for the Southern District of California filed a Verified Complaint for Forfeiture against

FIVE PIECES OF MISCELLANEOUS JEWELRY,

pursuant to Title 21, United States Code, Section 881(a)(6), and an Arrest Warrant in Rem was issued by the Clerk of the Court.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim with the Clerk of the United States District Court, Southern District of California, in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, within **thirty (30) days** after the date of final publication, or within such additional time as the Court may allow. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty (20)** days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the District of Southern California, with a copy thereof sent to Special Assistant United States Attorney David M. McNees at 880 Front Street, Room 6293, San Diego CA 92101-8893. If claims and answers are not filed within these times, default will be noted and condemnation ordered against any person not complying.

//

//

//

//

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices, as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

DATED: 7/9/2008

UNITED STATES MARSHAL

By:____________________
Deputy